IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAJEEYAH WILSON, STALIN JAVIER EUSEBIO and NANCY L. PATNUDE, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SMARTFOODS, INC., and PEPSICO, INC.,<br><br>                Defendants. | No. 1:24-cv-12814-LCJ<br><br>Hon. Lindsay C. Jenkins |

## DEFENDANTS' MOTION TO DISMISS THE CLASS ACTION COMPLAINT
## PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)

Defendants Smartfoods, Inc. and PepsiCo, Inc. ("PepsiCo") hereby move the Court to dismiss Plaintiff's Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). PepsiCo has set forth the bases for dismissal in an accompanying Memorandum.

WHEREFORE, PepsiCo respectfully requests the Court enter an Order dismissing the Class Action Complaint in its entirety with prejudice, and for any other further relief the Court deems appropriate.

DATED: February 14, 2025            PERKINS COIE LLP

By: /s/ Charles C. Sipos

Charles C. Sipos, Bar No. 32825
*pro hac vice forthcoming*
CSipos@perkinscoie.com
Carrie Akinaka, Bar No. 62079
*pro hac vice forthcoming*
CAkinaka@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000

Kathleen A. Stetsko, Bar No. 6297704
KStetsko@perkinscoie.com
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Telephone: +1.312.324.8400

*Attorneys for Defendants*
*Smartfoods, Inc. and PepsiCo, Inc.*

## CERTIFICATE OF SERVICE

I, June Starr, certify that on February 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of February, 2025.

*/s/ June Starr*
June Starr
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000