# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rajeeyah Wilson, et al.
                        Plaintiff,

v.                                      Case No.: 1:24−cv−12814
                                                     Honorable Lindsay C. Jenkins

Smartfoods, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 1, 2025:

       MINUTE entry before the Honorable Lindsay C. Jenkins: Fact discovery will now close on May 25, 2026. By May 5, 2026, the parties are to jointly file a status report that confirms fact discovery will close on time and propose an expert discovery schedule. If expert discovery is not needed for the case, then the filing should propose a class certification and summary judgment briefing schedule. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.